UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT D. SANGO,

        Plaintiff,        Case No. 1:12-cv-1179

v.

                      Honorable Paul L. Maloney

UNKNOWN RIGGS,

        Defendant.
_____/

## JUDGMENT

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice. Plaintiff shall remain liable for payment of the $350.00 civil action filing fee.

Dated:   February 7, 2013                  /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  Chief United States District Judge